Case 09-60548   Filed 11/18/11   Doc 82

2009-60548
FILED
November 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003898477

LAW OFFICES OF RICHARD HAMLISH
910 HAMPSHIRE ROAD, SUITE G
WESTLAKE VILLAGE, CALIFORNIA 91361-1407
Telephone: (805)497-6632
FAX: (805)497-2703
SBN 122389

Attorney for Debtors
Milton Peter Barbis
Heidi Elizabeth Barbis

# UNITED STATES BANKRUPTCY COURT

## FOR EASTERN DISTRICT OF CALIFORNIA

## FRESNO DISTRICT

| | |
|---|---|
| In re: | CASE NO. 09-60548-B-7F |
| MILTON PETER BARBIS, and HEIDI ELIZABETH BARBIS, | Chapter 7 |
| Debtors, | ~~[PROPOSED] ORDER~~ |

### ORDER GRANTING DEBTORS' EX-PARTE MOTION TO REOPEN CASE

Upon consideration of the Debtors' Ex Parte Motion to Reopen Case and the Court finding that there is cause to reopen this case under 11 U.S.C. §350(b) and Fed,R.Bankr.P. 5010, it is:

ORDERED that the above entitled and numbered bankruptcy case be, and the same is hereby, reopened, pursuant to 11 U.S.C. §350(b) and Fed.R.Bankr.P. 5010, and it is further

ORDERED that a trustee be appointed in this case. at the discretion of the US Trustee.

Dated: Nov 18, 2011

W. Richard Lee
United States Bankruptcy Judge

RECEIVED
November 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003898477